### TRUE & TRUE CO. v. KILLOUGH.

(Supreme Court, Appellate Term. November 29, 1907.)

JUDGMENT—JURISDICTION.

A judgment rendered without jurisdiction of defendant by service of a proper summons is void.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 30, Judgment, § 25.]

Appeal from Municipal Court, Borough of Manhattan, Fourteenth District.

Action by the True & True Company against Robert Killough. Judgment for plaintiff, and defendant appeals. Reversed, and complaint dismissed.

Argued before GILDERSLEEVE, P. J., and LEVENTRITT and ERLANGER, JJ.

Paul M. Crandall, for appellant.

PER CURIAM. The affidavits submitted upon this appeal are not contradicted, and show that the judgment herein is void, for the reason that the court below never acquired jurisdiction over the person of the defendant by service of a proper summons.

Judgment reversed, with costs, and complaint dismissed.